UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-10091 - aih |
| JOAN SEGLINDE KUCHTA | JUDGE ARTHUR I. HARRIS |
| Debtor | CHAPTER 13 |
| | **LORAIN NATIONAL BANK'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED MODIFIED CHAPTER 13 PLAN** |

* * * *

NOW COMES Lorain National Bank, a creditor herein ("LNB"), by and through counsel, and objects to confirmation of Debtor's proposed Modified Chapter 13 Plan, dated January 12, 2011. The grounds for this Objection are that the Plan as constituted does not provide for payment of LNB'S secured claims. LNB is a secured creditor of the Debtor, holding a first and second mortgage on the real estate located at 710 East Drive, Lorain County, Sheffield Lake, Ohio. LNB's second mortgage is secured only by the Debtor's principal residence and may not be modified pursuant to 11 U.S.C. §1322. Debtor's Plan and Schedules do not correctly value the real estate located at 710 East Drive, Sheffield Lake, Ohio.

630914

The Plan does not adequately protect and provide for payment of creditor's claims, and does not provide that the creditor retain its liens all as required by the Bankruptcy Code.

>Respectfully submitted,
>
>/s/James W. Moennich
>James W. Moennich (No. 0003098)
>E-mail jmoennich@wickenslaw.com
>Paul R. Phillips (No. 0041130)
>E-mail rphillips@wickenslaw.com
>WICKENS, HERZER, PANZA, COOK & BATISTA CO.
>35765 Chester Road
>Avon, OH  44011-1262
>(440) 930-8000 (Main)
>(440) 930-8098 (Fax)
>
>ATTORNEYS FOR CREDITOR, LORAIN NATIONAL BANK

## PROOF OF SERVICE

       This is to certify that a copy of the foregoing Lorain National Bank's Objection to Confirmation of Debtor's Proposed Modified Chapter 13 Plan has been sent via the Court's electronic filing system on this 28th day of January, 2011, to:

| | |
|---|---|
| William J. Balena, Esq.<br>511 Broad Street<br>Elyria, OH 44035-5531 | Office of the U.S. Trustee<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue E, Suite 441<br>Cleveland, OH 44114 |
| Office of the Chapter 13 Trustee<br>Craig Shopneck, Esq.<br>BP Tower<br>200 Public Square<br>Suite 3860<br>Cleveland, OH 44114-2321 | |

and by ordinary U.S. mail, postage prepaid, on this 28th day of January, 2011, to:

Joan Seglinde Kuchta
710 East Drive
Sheffield Lake, OH 44054

                                     /s/James W. Moennich
                                     James W. Moennich
                                     Paul R. Phillips

7700-1668